GAUBERT OIL COMPANY, INC.

VERSUS

BAYOU FUEL MARINE AND HARDWARE
SUPPLIES, INC., C&M CONTRACTORS
INC., LAFITTE REAL ESTATE, L.L.C.,
JACQUELYN R. DAIGLE, JARED DAIGLE,
CHAD DAIGLE, GULF COAST BANK AND
TRUST COMPANY, NEW ORLEANS
REGIONAL BUSINESS DEVELOPMENT
LOAN CORPORATION, JLH
ENTERPRISES, L.L.C., JEAN LAFITTE
HARBOR, L.L.C., JEAN LAFITTE
MARINE, L.L.C.

NO. 19-CA-120

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 22, 2019

Susan Buchholz

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**DENIED WITHOUT REASONS**

**JJM**
**MEJ**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **11/22/2019** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-CA-120**

### E-NOTIFIED

Ryan C. Higgins (Appellant)
Joel A. Levy (Appellee)

James L. Donovan, Jr. (Appellee)
Daniel A. Ranson (Appellant)

### MAILED

Robert S. Reich (Appellee)
Attorney at Law
3850 N. Causeway Boulevard
Suite 1000
Metairie, LA 70002

Wayne A. Maiorana, Jr. (Appellee)
Robert A. Mathis (Appellee)
Attorneys at Law
433 Metairie Road
Suite 600
Metairie, LA 70005